```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 00758
    ANTHONY J CICHELLA
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
         Debtor
    SSN XXX-XX-0261


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/22/05 and confirmed on 07/29/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  10350.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
BMW FINANCIAL SERVICES     UNSECURED          5434.37          .00          554.14
BECKET & LEE LLP           UNSECURED         21518.13          .00         2194.18
BMW FINANCIAL SERVICES     UNSECURED        NOT FILED          .00             .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED          .00             .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED          .00             .00
DISCOVER BANK              UNSECURED         11659.45          .00         1188.90
ECMC                       UNSECURED              .00          .00             .00
ECAST SETTLEMENT CORPORA   UNSECURED           342.25          .00           34.90
ECAST SETTLEMENT CORPORA   UNSECURED         12387.04          .00         1263.10
ECAST SETTLEMENT CORPORA   UNSECURED         15209.76          .00         1550.93
US CELLULAR                UNSECURED        NOT FILED          .00             .00
INTERNAL REVENUE SERVICE   PRIORITY           3082.72          .00         3082.72
INTERNAL REVENUE SERVICE   UNSECURED            55.60          .00            5.67
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00       3082.72      66606.60         .00      69689.32
PRINCIPAL PAID          .00       3082.72       6791.82         .00       9874.54
INTEREST PAID           .00           .00           .00         .00           .00
TOTAL PAID              .00       3082.72       6791.82         .00       9874.54
The Debtor's attorney, RUDDY MILROY & KING            , was allowed $       .00
and was paid $        .00 .

The Trustee received $     475.46 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/13/09                          /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```